**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| Thomas E Uthe and | ) | Case No. 24-01495-lmj7 |
| Jodie L Uthe | ) | |
| | ) | |
| _____Debtors._____ | ) | |
| Mary R. Jensen, Acting United States Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding No. 25-30011 |
| vs. | ) | |
| | ) | |
| Thomas E Uthe and | ) | |
| Jodie L Uthe | ) | |
| | ) | |
| _____Defendants._____ | ) | |

**UNITED STATES TRUSTEE'S MOTION FOR DOCUMENT PRODUCTION**
**UNDER FED. R. BANKR. P. 2004**

The United States Trustee ("UST"), through the undersigned, moves the Court for

authorization to issue subpoenas for requests to produce documents pursuant to Fed. R. Bankr. P.

2004.  The UST moves the Court to order Farm Credit Services of America:

To produce documents described in the attached "Exhibit A" **by 5 p.m. on August 29,**
**2025 via email to claire.r.davison@usdoj.gov.**

In support thereof, the UST states:

**JURISDICTION, VENUE AND LEGAL BASIS FOR RELIEF**

1.  The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334.

2.  This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

3.  Venue is proper in this court under 28 U.S.C. §§ 1408 and 1409.

4.  The legal basis for relief includes 28 U.S.C. § 586(a)(3) and 11 U.S.C. §§ 521, 1107

and 1108 and Fed. R. Bankr. P. 2004.

**FACTS**

5. Debtors, Thomas and Jodie Uthe filed a voluntary chapter 7 petition on October 17, 2024.

6. Debtors appeared and testified at the Section 341(a) Meeting of Creditors held by Trustee Smith on December 5, 2024. At the Meeting of Creditors, Debtors detailed the transfer of equipment and funds to their son, Joel Uthe.

7. The UST filed her Complaint to Deny Discharge pursuant to 11 U.S.C § 727 on March 27, 2025.

8. The information provided by Debtors currently available to the UST suggests that Joel Uthe may have obtained funds from Farm Credit Services of America through AgDirect for the benefit of himself and Debtors Thomas and Jodie Uthe.

9. Through her subpoena, the UST intends to obtain any and all documents related to the business relationship between Debtors, Joel Uthe, and Farm Credit Services of America.

**ARGUMENT**

10. Under Rule 2004, any party in interest can request that the Court order the examination of any entity about "the acts, conduct, or property or . . . the liabilities and financial condition of the debtor, or . . . any matter which may affect the administration of the debtor's estate, or . . . the debtor's right to a discharge . . . ." Fed. R. Bankr. P. 2004(b) (broadly defining the scope of an examination). *See* 9 *Collier on Bankruptcy* (Alan N. Resnick & Henry J. Sommer, eds., ¶s 2004.01 and .02 16th ed. rev. 2019). The Court can compel attendance at an oral deposition. It can also require document production. Fed. R. Bankr. P. 2004(c).

11. The document production is necessary for the proper administration of the Debtors' bankruptcy case and relates to Debtors' acts, conduct, property, liabilities and financial condition.

Fed. R. Bankr. P. 2004.  *See* 9 *Collier* at ¶s 2004.01 and .02 (analyzing broad scope of Rule 2004) and *In re GHR Companies, Inc.*, 41 B.R. 655, 660 (Bankr. D. Mass 1984).  Granting the UST's motion to order the production of documents will allow the UST to obtain information important for the administration of the estate and help explain the discrepancies evident in Debtor's bankruptcy documents.  For these reasons, the UST respectfully requests that her motion be granted.

12. The UST reserves the right to request by separate motion that the Debtor appear for an oral deposition under Fed. R. Bankr. P. 2004(a), and for authority to seek documents from additional third parties.

## RELIEF REQUESTED

The UST requests that the Court order Farm Credit Services of America to i) produce documents described in the attached Exhibit A at or before 5:00 PM on August 29, 2025 to the undersigned, ii) authorize her to issue subpoenas for those documents; and iii) grant all such other and further legal and equitable relief to which she may be entitled.

Dated:  July 29, 2025.

Respectfully submitted,

**Mary R. Jensen**
Acting United States Trustee
Region 12

By:/s/ Claire R. Davison
*Claire R. Davison*
AT #0014945
Federal Building, Room 793
210 Walnut Street
Des Moines, Iowa 50309-2108
Ph: (202) 320-3943
Claire.r.davison@usdoj.gov